# FLORIDA COMMISSION ON HUMAN RELATIONS
4075 Esplanade Way, Room 110, Tallahassee, Florida 32399

## EMPLOYMENT COMPLAINT OF DISCRIMINATION

Date Stamp (FCHR Use Only)
RECEIVED
FLORIDA COMMISSION ON HUMAN RELATIONS
2022 MAY 25 AM 9:44

| A. PERSONAL INFORMATION | | FCHR No. 202234909 | |
|---|---|---|---|
| **Name** Patrick Nealis | | **E-Mail Address** prnealis@gmail.com | **Date of Birth** April 05, 1984 |
| **Mailing Address** 3841 Brampton Island Court North | | **Home Telephone Number (area code)** +1 (904) 994-1497 | |
| **City, State, and Zip Code** Jacksonville, FL 32224 | | **Work (if possible to call you there)** | |
| B. BUSINESS INFORMATION (employer, labor organization, employment or government agency, etc.) | | | |
| **Name** PGA Tour | **Number of Employees** | | **Telephone Number** +1 (904) 285-3700 |
| **Street Address (Branch/Office in Florida)** 1 PGA Tour Blvd. | **City, State and Zip Code** Ponte Vedra Beach, FL 32082 | | **County** St. Johns |
| C. CAUSE OF DISCRIMINATION BASED ON – Check appropriate box(es)<br>☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ DISABILITY/HANDICAP<br>☐ NATIONAL ORIGIN ☐ AGE ☐ MARITAL STATUS ☒ RETALIATION | | **DATE MOST RECENT DISCRIMINATION TOOK PLACE**<br>(month, day, year)    November 12, 2021 | |

**D. DISCRIMINATION STATEMENT:**
I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act, and/or the Age Discrimination in Employment Act, and/or the Americans with Disabilities Act as applicable for the following reason(s):

The Complainant alleges discrimination based on Religion and Retaliation. He reports that he was terminated from employment on November 12, 2021, for non-compliance with the Respondent's health and safety protocols. The Complainant explains that he had been allowed to work from home for 19 months due to COVID-19. Prior to his termination date, the Respondent created "additional protocols for those Employees Without Proof of Full Vaccination" to COVID-19. He submitted a religious exemption, which was approved. He states, "However, because I held a religious prevention to COVID-19 vaccine; I was subject to incremental protocols not required of the majority employee base who did not have a religious prevention from being fully vaccinated." He attempted to negotiate reasonable accommodations with the Respondent, many of which were rejected. He adds that the Respondent's actions were coercive, discriminatory, and contradictory to their commitments and policies in their HR employee handbook. To further demonstrate disparate, discriminatory practices by the Respondent, he explains that "All unvaccinated employees were given incremental protocols (financial penalties, weekly testing requirements, masking most of the time) that vaccinated employees were expressly instructed they were not required to follow." Among unvaccinated employees, those who submitted medical exemptions, were given an option to continue to work from home. However, the Complainant and other religious exempted employees, were denied the same option to continue to work from home, demonstrating they were discriminated against due to their faith-based concerns over the Respondent's protocols and refusal to take the vaccination based on religious convictions. Consequently, the Complainant was terminated from employment.

**I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAW(S).**

**E. VERIFICATION.** Under penalties of perjury, I declare that I have read the foregoing complaint of discrimination and that the facts stated in it are true. I will advise the agency if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

| SIGNATURE OF COMPLAINANT | DATE |
|---|---|
| *Patrick Nealis* (signed) | 5/25/22 |

FCHR Charge Form – Revised January 9, 2015